1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANK LEE DEARWESTER,                       No.  2:15-cv-0445 AC P

12              Plaintiff,

13         v.                                      ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16              Defendants.

17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19    U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

20    U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

21    pauperis on the form used by this district.  Accordingly, plaintiff's application will be dismissed

22    and plaintiff will be provided the opportunity to submit the application on the appropriate form.

23    Plaintiff is cautioned that he must also provide a certified copy of his prison trust account

24    statement for the six-month period immediately preceding the filing of his complaint.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without

27    prejudice;

28    /////

                                                  1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2   Forma Pauperis By a Prisoner; and

3          3.  Plaintiff shall, within thirty days from the filing date of this order, submit a completed

4   application to proceed in forma pauperis together with a certified copy of plaintiff's prison trust

5   account statement for the six-month period immediately preceding the filing of his complaint.

6          4.  Plaintiff's failure to comply with this order will result in a recommendation that this

7   action be dismissed without prejudice.

8   DATED: March 2, 2015

9   _____

10  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2