UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:15-cv-0445 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 5. By order filed September 23, 2015, this court directed plaintiff, a designated "three-strikes litigant" under 28 U.S.C. § 1915(g), to pay the full filing fee in this action within thirty days in order to proceed. See ECF No. 8. The court informed plaintiff that failure to timely pay the filing fee would result in the dismissal of this action without prejudice. Id. at 3. The time for submitting the filing fee has expired. Plaintiff has not submitted the fee or otherwise communicated with the court.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 DATED: November 9, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE